UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT XZAVIER DELEON, | No. 1:26-cv-01985-SAB (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |
| v. | (ECF No. 7) |
| KERN COUNTY PRETRIAL OFFICERS, | |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On May 13, 2026, the Court screened Plaintiff's first amended complaint, found that he stated a cognizable deliberate indifference claim against Defendants Morgan Dunham, Gonzalez, C. Maldonado, and Reyes, and granted him thirty days to file a notice of intent to proceed only on the claim found to be cognizable or file a second amended complaint.  (ECF No. 7.)  Plaintiff has failed to file an amended complaint or otherwise respond to the Court's order and the time to do so has passed.  Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to comply with a court order.  Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated:    **June 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1