UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT XZAVIER DELEON,<br><br>Plaintiff,<br><br>v.<br><br>KERN COUNTY PRETRIAL OFFICERS,<br><br>Defendants. | No. 1:26-cv-01985-JLT-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED ON JULY 16, 2026<br><br>(ECF No. 10)<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF CERTAIN DEFENDANTS<br><br>(ECF No. 12) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's objections to the Findings and Recommendations, filed August 3, 2026. (ECF No. 12.)

**I.**

**BACKGROUND**

On May 13, 2026, the Court screened Plaintiff complaint, found that Plaintiff stated a cognizable claim against Defendants Morgan Dunham, Gonzalez, C. Maldonado, and Reyes for deliberate indifference in violation of the Eighth Amendment. (ECF No. 7.) The Court granted Plaintiff the opportunity to amend the complaint or notify the Court of his intent to proceed only

on the cognizable claim. Plaintiff failed to respond to the Court's order. Therefore, on June 22, 2026, the Court ordered Plaintiff to show cause why the action should not be dismissed. (ECF No. 8.) Plaintiff failed to respond to the order to show cause. Therefore, on July 16, 2026, the Court issued Findings and Recommendations recommending dismissal of the action. (ECF No. 10.) As stated above, Plaintiff filed objections to the Findings and Recommendations on August 3, 2026. (ECF No. 12.)

**II.**

**DISCUSSION**

In his objections, Plaintiff submits that he has "done all you have asked and sent them [sic] in on time even with the mail being slow" and he "wish[es] to proceed." (ECF No. 12 at 1.) The Court interprets Plaintiff's objections as a request to proceed on the deliberate indifference claim found to be cognizable against Defendants Morgan Dunham, Gonzalez, C. Maldonado, and Reyes. Consequently, the Court will vacate the pending Findings and Recommendations recommending dismissal of the action, and recommend the dismissal of Defendants Celeste Vaquero and senior deputy San Miguel as Plaintiff failed to state a cognizable claim against these Defendants. (ECF No. 7.)

Accordingly, based on Plaintiff's notice, it is HEREBY RECOMMENDED that:

1. The Findings and Recommendations issued on July 16, 2026 (ECF No. 10) are VACATED;
2. This action shall proceed on Plaintiff's deliberate indifference claim against Defendants Morgan Dunham, Gonzalez, C. Maldonado, and Reyes; and
3. Defendants Celeste Vaquero and San Miguel be dismissed from the action for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court, limited to 15 pages, including exhibits. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff

is advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **August 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge